## No. 10,896.

SAUER *v*. FIRST NATIONAL BANK OF FORT COLLINS.

Decided March 3, 1924.

Action to set aside alleged fraudulent conveyance. Judgment for plaintiff.

### *Affirmed.*

#### *On Application for Supersedeas.*

1.  WITNESSES—*Competency.* In an action to set aside an alleged
    fraudulent conveyance, the defendant being the widow of the
    deceased grantor, and defending in her individual as well as
    representative capacity as administratrix, witnesses held com-
    petent to testify to conversations between themselves and the
    grantor in his lifetime, and the testimony admissible.

2.  APPEAL AND ERROR—*Legal Presumption.* On review it will be pre-
    sumed that the trial court acted on a correct conception of the
    law.

*Error to the District Court of Larimer County, Hon. Neil
F. Graham, Judge.*

Messrs. STOW & STOVER, for plaintiffs in error.

Mr. PAUL W. LEE, Mr. GEORGE H. SHAW, Mr. WM. A.
BRYANS, III, for defendant in error.

MR. JUSTICE ALLEN delivered the opinion of the court.

THIS is a suit to set aside an alleged fraudulent convey-
ance. Judgment for plaintiff. Defendant brings error
and applies for a supersedeas.

The conveyance sought to be set aside is a deed executed
by one George Sauer to his wife on July 12, 1921. The
grantor died January 11, 1922. The defendant herein is
the grantee. She is sued both as administratrix of the
estate of the deceased grantor and in her individual capac-
ity. Error is assigned to the court's permitting certain
witnesses to testify concerning conversations between

themselves respectively and the deceased. Since the defendant claims and defends, as an individual, under the deed, the witnesses were competent and the testimony admissible. *Gabrin v. Brister,* 65 Colo. 407, 177 Pac. 134.

Other assignments of error go to the court's decision on the merits of the case. While numerous legal propositions are discussed, it is not shown that the trial court acted upon any incorrect conception of the law. The presumption is to the contrary. *Davis v. Pursel,* 55 Colo. 287, 291, 134 Pac. 107. The evidence is sufficient to support the decree.

The application for a supersedeas is denied and the judgment is affirmed.

MR. CHIEF JUSTICE TELLER and MR. JUSTICE BURKE concur.